DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LENARD T. JOHNSON,**
Appellant,

v.

**BOBBY LOUIS JOHNSON,**
Appellee.

No. 4D18-2676

[November 7, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE17005453 (13).

Marc Jay Tannen of Marc Jay Tannen, P.A., Boca Raton, for appellant.

David J. Glantz of Broward Lawyers Care, Weston, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***